CHARLES SIROTA, Appellant, v. MASTERBILT HOMES, INC., et al., Respondents, Impleaded with Another.— No opinion. Appeal from order dismissed, without costs. There is no such order in the record. Further, an appeal does not lie from a ruling made during the trial. (*Fine* v. *Cummins*, 260 App. Div. 569.) Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LENA STRIZIVER, Respondent, v. ABRAHAM GOULD et al., Appellants.— Defendants' contention that the 1922 amendment of the Banking Law, because it specifically referred to "every investment company organized under article seven of chapter three hundred and sixty-nine of the laws of nineteen hundred and fourteen," as last amended by chapter 227 of the Laws of 1917, did not apply to investment companies organized under the provisions of the Banking Law as it existed prior to 1914, is untenable for the reason that chapter 689 of the Laws of 1892 was repealed by and re-enacted in chapter 369 of the Laws of 1914. (See General Construction Law, § 80; Cons. Laws, ch. 22.) — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

CLIFFORD LeR. TUTHILL, Respondent, v. MURIEL E. DEVRIES, Appellant.— The trial court did not conform to the proper practice, indicated by this court on several occasions, which requires that a trial court, when setting aside a verdict of a jury, should indicate the grounds which moved the exercise of discretion in this regard so that there may be an intelligible review of the action of the court if one is sought. The conduct of the defendant's trial counsel and its possible prejudicial effect on the result attained warranted the setting aside of the verdict in the interests of justice. (*Cherry Creek Nat. Bank* v. *Fidelity & Casualty Co.*, 207 App. Div. 787, 790; *Summers Coal & Lumber Co., Inc.,* v. *Bagshaw,* 240 App. Div. 709; *Passzehl* v. *Metropolitan Distributors, Inc.,* 259 App. Div. 1050.) Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

PALEN YORGENSON, Respondent, v. ROSARIO DeLELLO, Appellant.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.